UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21037-CIV-LENARD/O'SULLIVAN

KATINA BEATRIZ MACHADO, NATALIA VALENCIA CIENDUA and all others similarly situated under 29 U.S.C. 216(B),

    Plaintiffs,

vs.

MEGA TRAVEL USA CORPORATION d/b/a TRAVEL ONE NETWORK CARLOS GUILLEN,

    Defendants.

_____/

## ORDER SETTING FORTH THE COURT'S POLICY ON MOTIONS FOR EXTENSION OR STAY OF THE SCHEDULING ORDER DEADLINES

    Motions for extension of time or for stay regarding the deadlines set forth in the Court's Scheduling Order are highly disfavored. The parties select and agree to their deadlines as set forth in the Joint Scheduling Report. Thereafter, the Court enters its Scheduling Order and sets the trial date accordingly. Therefore, in order to preserve the trial date and the administration of the court's docket, the court will only grant these motions in the rarest of circumstances such as an interlocutory appeal.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of September, 2014.

                                                       JOAN A. LENARD
                                                       UNITED STATES DISTRICT JUDGE