UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21037-CIV-LENARD/GOODMAN

KATINA BEATRIZ MACHADO, NATALIA )
VALENCIA CIENDUA and all others )
similarly situated under 29 U.S.C. 216(B), )
)
    Plaintiffs, )
  vs. )
)
)
MEGA TRAVEL USA CORPORATION )
d/b/a TRAVEL ONE NETWORK )
CARLOS GUILLEN, )
)
    Defendants. )
_____ )

## PLAINTIFFS NOTICE OF HEARING ON COMPELLING DEFENDANTS TO COMPLY WITH COURT ORDER

   PLEASE TAKE NOTICE that a hearing will be held before Magistrate Judge Goodman on Friday, April 3, at 2:30 p.m. in the United States District Court located at the James Lawrence King Federal Justice Building, 99 NE 4th Street, Eleventh Floor, Miami, FL 33132 to address the issue related to lack of compliance with the Court's previously entered order related to an award of Plaintiff's Counsel attorneys' fees and costs.

## CERTIFICATE OF CONFERRAL

   On March 5, 2015, Plaintiffs reached out to opposing counsel for Defendants via email in regards to the Court's order directing payment related to discovery. On Friday March 6, 2015, Plaintiff's counsel spoke and received an email confirmation that his clients would be tendering payment to Plaintiffs' attorneys' office that very same day. On March 11, 2015, Plaintiff's counsel responded to an email sent by Defendant's counsel, on March 10, 2015, whether payment had been presented. Plaintiff advised Defendants on Wednesday March 11, 2015 that there's been no compliance with the Court's previously entered order related to the payment sanction. In an email, on March 10, 2015, Defendant's attorney instructed Plaintiffs counsel to select the April 3, 2015 date.

   As of today, March 11, 2015 the parties have communicated on hearing dates, however

no agreement has been reached as to the outstanding fees and costs associated with the previously entered Order related to the prior discovery issue.  To date, Defendants have not complied with the Court's Order entered at DE 69.

Respectfully Submitted,

_/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865–1167
Email: steven.fraser.esq@gmail.com

I hereby certify that on March 11, 2015 I electronically filed the Plaintiffs Notice Of Hearing on Compelling Defendants to Comply with Court Order with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

__/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com