UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21037-CIV-LENARD/GOODMAN

KATINA BEATRIZ MACHADO, NATALIA )
VALENCIA CIENDUA *and all others similarly* )
*situated under 29 U.S.C. 216(B)* )
                                                                   )
                Plaintiffs )
   vs. )
                                                                 )
MEGA TRAVEL USA CORPORATION D/B/A )
TRAVEL ONE NETWORK )
CARLOS GUILLEN )
                                                                   )
                Defendants )
_____)

**PLAINTIFFS' NOTICE OF NON-COMPLIANCE**

Come Now Plaintiffs, by and through undersigned counsel, and hereby files Plaintiffs' Notice of Non-Compliance with Court Order DE 4, and in support thereof states as follows:

1. The Court has Ordered that the parties to mediate within 2 weeks after the date upon which all discovery is done.

2. All attempts at settling this matter have thus far been unsuccessful.

3. In an effort to coordinate this final settlement conference, Plaintiffs sent two emails on May 1, 2015 to Defendants providing for 3 different dates and times upon which to conclude said mediation before Neil Flaxman. Again on May 4, 2015, right before filing this Notice, Plaintiff's reached out and again left a message, this time on Defendants' counsel voicemail.

4. On that very same day, Plaintiff's followed up with Defendants to coordinate said dates and times. Despite Defendants Counsel not being available to discuss, Plaintiffs left a message about the need for the parties to coordinate per the Court Order. Plaintiff as well

provided their attorney's cell number and office number and with an indication of weekend availability to discuss further.

5. As of filing this Notice of Non-Compliance, Plaintiffs have not received any communication from the Defendants about coordinating dates and times.

Dated: May 4, 2015

/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

I hereby certify that on May 4, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

__/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

## SERVICE LIST

<u>Via cm/ECF</u>
William C. Blackwell, Esquire
12401 West Okeechobee Road, Lot 514
Hialeah Gardens, FL  33018
wblackwell1657@gmail.com
786-290-3251