## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 14-21037-CIV-LENARD/GOODMAN

KATINA BEATRIZ MACHADO, NATALIA VALENCIA CIENDUA *and all others similarly situated under 29 U.S.C. 216(B)*

        Plaintiffs

vs.

MEGA TRAVEL USA CORPORATION D/B/A TRAVEL ONE NETWORK
CARLOS GUILLEN

        Defendants

### NOTICE OF MEDIATION DATE

Come Now KATINA BEATRIZ MACHADO AND NATALIA VALENCIA CIENDUA, by and through undersigned counsel, and hereby advise the Court that the Parties have selected a date for the Court Ordered medation and in support thereof states as follows:

1. The Parties have agreed to schedule the mediation before Neil Flaxman, Esquire to mediate this case and have agreed to mediate on the ***11TH day of June 2015 at 9:30 a.m.*** at Brickell City Tower 80 SW 8th Street, Suite 3100 Miami, Florida 33130.

        Respectfully Submitted,

        __/s/Steven C. Fraser__
        Steven C. Fraser, Esq.
        Fla. Bar No. 625825
        J.H. Zidell, P.A.
        Attorney for Plaintiff
        300 71st Street #605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        Email: steven.fraser.esq@gmail.com

## CERTIFICATE OF SERVICE:

       I hereby certify that on May 19, 2015, I electronically filed the foregoing Notice of Selection of Mediator with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

          /s/Steven C. Fraser  
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: steven.fraser.esq@gmail.com

## SERVICE LIST

Via cm/ECF
William C. Blackwell, Esquire
12401 West Okeechobee Road, Lot 514
Hialeah Gardens, FL  33018
wblackwell1657@gmail.com
786-290-3251