UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-CIV-21037-LENARD/GOODMAN

KATINA BEATRIZ MACHADO, NATALIA
VALENCIA CIENDUA, and all others
similarly situated under 29 U.S.C. 216 (B),

        Plaintiffs,

v.

MEGA TRAVEL USA CORPORATION d/b/a
TRAVEL ONE NETWORK,
CARLOS GUILLEN,

        Defendants.
_____/

## MEDIATOR'S REPORT

    Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

    The mediation was set for Thursday, June 11, 2015 at 9:30 at the office of the Mediator. The Plaintiffs and their counsel appeared. There was no appearance on behalf of the Defendants. The mediator attempted to call Defendants' counsel at the number listed on the docket sheet but there was a recording without the ability to leave a message. At 10:44 a.m. the mediator emailed Defendants' counsel indicating the Mediator's call back numbers as well of advising the Defendants' counsel in such email that Plaintiffs and their counsel were willing to wait until 11:30 a.m. for Defendants' appearance and proceed with the mediation and that absent such appearance the Mediator would have to advise the Court of the non appearance and attempts to proceed with the mediation.

    At 11:24 a.m. the Mediator was notified by Defendants' counsel that the Defendants nor their counsel would appear for the mediation.

The mediation could not go forward as a result of the non appearance of the Defendant accordingly, there is an IMPASSE.

Dated this 11th day of June, 2015.

                                              Respectfully submitted,
                                              **Neil Flaxman, Esq.**
                                              Florida Supreme Court Certified Circuit &
                                              Appellate Mediator
                                              Certified District Court Mediator (S.D. Fla.)
                                              Brickell City Tower, Suite 3100
                                              80 Southwest 8th Street
                                              Miami, Florida 33130
                                              Tel: 305-810-2786- Fax: 305-810-2824
                                              E-mail: flaxy@bellsouth.net

                    By:      *s/ Neil Flaxman*
                              Neil Flaxman, Esq.
                              Fla. Bar No. 025299