# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 14-21037-CIV-LENARD/GOODMAN

KATINA BEATRIZ MACHADO, NATALIA VALENCIA CIENDUA *and all others similarly situated under 29 U.S.C. 216(B)*

       Plaintiffs

vs.

MEGA TRAVEL USA CORPORATION D/B/A TRAVEL ONE NETWORK
CARLOS GUILLEN

       Defendants

## **PLAINTIFFS' NOTICE OF NON-COMPLIANCE**

Come Now Plaintiffs, by and through undersigned counsel, and hereby files Plaintiffs' Notice of Non-Compliance with Court Order DE 86, and in support thereof states as follows:

1. On May 20, 2015, the court entered an order directing the parties to appear for a second mediation on June 11, 2015 before Neil Flaxman, Esquire. [DE 86].

2. On June 11, 2015, Defendants and their attorney failed to appear and in fact notified Mr. Flaxman, that they would not be appearing. [DE 87].

3. Plaintiffs will move separately for an order Striking Pleadings and entry of Default Final Judgment.

Dated: June 11, 2015

/s/Steven C. Fraser
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

      I hereby certify that on June 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/Steven C. Fraser
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

## SERVICE LIST

Via cm/ECF
William C. Blackwell, Esquire
12401 West Okeechobee Road, Lot 514
Hialeah Gardens, FL  33018
wblackwell1657@gmail.com
786-290-3251