UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21037-CIV-LENARD/GOODMAN

KATINA BEATRIZ MACHADO, NATALIA )
VALENCIA CIENDUA and all others )
similarly situated under 29 U.S.C. 216(B), )
)
         Plaintiffs, )
vs. )
)
MEGA TRAVEL USA CORPORATION )
d/b/a TRAVEL ONE NETWORK )
CARLOS GUILLEN, )
)
         Defendants. )
_____ )

**STIPULATION AND JOINT CONSENT TO ENTRY OF FINAL JUDGMENT**

Defendants Mega Travel USA Corporation d/b/a Travel One Network and Carlos Guillen hereby stipulate to a final judgment and entry of final judgment in the above styled caused and award damages in the total amount of $9,226.88, with the court reserving jurisdiction for Plaintiffs to file a separate motion for attorney fees. This consent is given freely and without any coercion or duress whatsoever and it made for the purpose of avoiding further delay of jury trial.

**CONFERRAL CERTIFICATE AND CONSENT OF COUNSEL**

Pursuant to Local Rule 7.1 and Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Defendant represents to the Court that counsel for the Parties have conferred and are in agreement with respect to the relief requested in this Motion, and that Plaintiff has authorized him to affix their electronic signature to this joint motion.

Respectfully Submitted,

| | |
|---|---|
| Steven C. Fraser | William Charles Blackwell |
| J.H. Zidell, P.A. | Law Offices of William Charles Blackwell |
| Attorney for Plaintiff | Attorneys for Defendant |
| 300 71st Street, Suite 605 | 12401 West Okeechobee Road, Lot 14 |
| Miami Beach, Florida 33141 | Hialeah Gardens, FL 33018 |
| Tel: (305) 865-6766 | Tel: (786)290-3251 |
| Fax: (305) 865-7167 | |
| Email: *steven.fraser.esq@gmail.com* | Email: *wblackwel657@gmail.com* |
| | |
| By:  /s/ *Steven Fraser* | By:  /s/ *William Blackwell* |
|    Steven C. Fraser, FBN 625825 |    William Blackwell, FBN |

### CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2015, I electronically filed the Joint Consent to Entry of Final Judgment with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

　　/s/Steven C. Fraser　
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

SERVICE LIST

William Charles Blackwell, Esq.,
12401 West Okeechobee Road, Lot 514,
Hialeah Gardens, FL 33018,
Email: wblackwe1657@gmail.com